IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WHITNEY M. MOORE, DDS, et al., | : | CASE NO. 2:12 CV 1163 |
| Plaintiffs, | : | JUDGE FROST |
| v. | : | MAGISTRATE JUDGE KEMP |
| JOHN F. GALLAGHER, et al., | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon the Plaintiffs' Motion to Dismiss the Action Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). For good cause shown, the motion is hereby GRANTED and the action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.


4/23/15                                           GREGORY L. FROST
_____                        _____
Date                                              Judge/Magistrate


COL1997 259595v1
39975.00003